UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHIL WALKER, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ERNST & YOUNG LLP,<br><br>            Defendant. | Case No:  C 11-1155 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 17 |

The parties are presently before the Court on Plaintiffs' Motion for Remand (Dkt. 17). Plaintiffs, who are proceeding pro se, filed their motion on March 18, 2011, and did not notice a hearing date for the motion. Defendant has not yet filed a response to the motion. Accordingly,

IT IS HEREBY ORDERED THAT:

1. A hearing on Plaintiffs' Motion for Remand is scheduled for **July 19, 2011 at 1:00 p.m**. Any opposition to Plaintiffs' Motion for Remand shall be filed by June 28, 2011; any reply shall be filed by July 5, 2011.

2. The June 23, 2011 Case Management Conference is CONTINUED to **July 19, 2011 at 1:00 p.m.**

IT IS SO ORDERED.

Dated: April 8, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WALKER et al,

        Plaintiff,

  v.

ERNST & YOUNG LLP et al,

        Defendant.

                                                  Case Number: CV11-01155 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorraine  Walker
1705 Clairmont Court
Petaluma,  CA 94954

Phil  Walker
1705 Clairmont Court
Petaluma,  CA 94954

Dated: April 8, 2011

                                              Richard W. Wieking, Clerk

                                                    By: LISA R CLARK, Deputy Clerk